**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 16-cv-62435-BLOOM/Valle

LUIS SIERRA,

    Plaintiff,

v.

SYMA INTERNATIONAL LLC
d/b/a Mawi's Cafe

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Settlement, ECF No. [14], reporting that the parties have reached a settlement, filed on November 23, 2016. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED**. The Clerk shall **CLOSE** this case for administrative purposes only.

2. The parties are directed to file a Stipulation for Final Order of Dismissal or other appropriate dismissal papers within **thirty (30) days** of the date of this Order.

3. Any pending motions are **DENIED AS MOOT**. Any pending deadlines are **TERMINATED**.

Case No. 16-cv-62435-BLOOM/Valle

**DONE AND ORDERED** in Miami, Florida this 23rd day of November, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record